09-CV-01191-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| WESLEY ROYCE MOTON, | ) | CASE NO. C09-1191-JLR |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER DISMISSING § 1983 ACTION |
| OFFICER C. AN, et al., | ) | |
| Defendants. | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Defendants' motion for summary judgment (Dkt. 17) is GRANTED and this case is DISMISSED with prejudice; and

(3)     The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 19ᵗʰ day of _____April_____, 2010.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING § 1983 ACTION
PAGE -1